IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES HAMPTON,  
        Plaintiff,  
    v.  
ARNOLD SCHWARZENNEGER, et al,  
        Defendant(s).  
_____/

No. C-09-719 VRW (PR)

ORDER OF DISMISSAL

        This civil rights action by a prisoner was filed on February 18, 2009. The court notified plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

        Almost two months have elapsed since plaintiff was

notified of his filing deficiency; however, he has not provided the court with the requisite items, or sought an extension of time to do so.  Accordingly, the action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

IT IS SO ORDERED.

_____
**VAUGHN R WALKER**
**United States District Chief Judge**

G:\PRO-SE\VRW\CR.09\Hampton-09-719-dismissed-ifp deficiency.wpd

2